JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>SKIP L. ARNOLD,<br><br>          Defendant | No. CV 12-10282-MMM-VBx<br><br>CONSENT JUDGMENT |
|---|---|

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Skip L. Arnold, in the principal amount of $4,132.93 plus interest accrued to November 28, 2012, in the sum of $7,465.90; with interest accruing thereafter at 7% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**11,598.83**.

DATED: July 30, 2013        By:_____

                                Margaret M. Morrow
                                United States District Judge

Page 1